ESSEX SAVINGS BANK *v.* MARTIN FRIMBERGER ET AL.

The defendant John T. O'Reilly's petition for certification for appeal from the Appellate Court, 29 Conn. App. 911 (AC 11091), is denied.

*John T. O'Reilly,* pro se, in support of the petition.

Decided February 18, 1993

STATE OF CONNECTICUT *v.* ISTVAN TOTH

The defendant's petition for certification for appeal from the Appellate Court, 29 Conn. App. 843 (AC 10387), is denied.

*Elizabeth M. Inkster,* assistant public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided February 24, 1993

STATE OF CONNECTICUT *v.* ISTVAN TOTH

The state of Connecticut's petition for certification for appeal from the Appellate Court, 29 Conn. App. 843 (AC 10387), is denied.

*Frederick W. Fawcett,* assistant state's attorney, in support of the petition.

*Elizabeth M. Inkster,* assistant public defender, in opposition.

Decided February 24, 1993

KATHLEEN B. BORKOWSKI *v.* JOHN J. BORKOWSKI

The defendant's petition for certification for appeal from the Appellate Court, 29 Conn. App. 925 (AC 10882), is granted, limited to the following issue: